Cordelia W. FRENCH, Plaintiff-Appellee, v. Joseph T. HIGGINS, Collector of Internal Revenue for the Third District of New York, Defendant-Appellant.

No. 59.

Circuit Court of Appeals, Second Circuit.

Oct. 19, 1942.

William L. Lynch, Asst. U. S. Atty., of New York City, for appellant.

Harold H. Meyers, of New York City, for appellee.

Before LEARNED HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court on the authority of Commissioner of Internal Revenue v. Bartlett, 2 Cir., 113 F.2d 766; Commissioner of Internal Revenue v. Buck, 2 Cir., 120 F.2d 775; Commissioner of Internal Revenue v. Winslow, 1 Cir., 113 F.2d 418, 133 A.L.R. 405; and Allis v. La Budde, et al., 7 Cir., 128 F.2d 838.

Joseph B. KOPPELMAN, Appellee, v. Max BECK, Appellant.

No. 34.

Circuit Court of Appeals, Second Circuit.

Oct. 24, 1942.

Karl Propper, of New York City, for appellant.

Harris Koppelman, of New York City, for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below, In re Beck, 43 F.Supp. 526.

In the Matter of John James MURPHY, Bankrupt, Appellant.

No. 7977.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 6, 1942.

Decided Oct. 12, 1942.

Frank A. Palmieri, of Orange, N. J., for appellant.

Marius Grosso, of Orange, N. J. (Grosso & Grosso, of Orange, N. J., on the brief), for appellee.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

The order of the District Court denying the motion of the bankrupt for a review of the order of the referee denying the bankrupt a discharge and dismissing the petition to review is affirmed.

Samuel OKIN, Appellant, v. SECURITIES AND EXCHANGE COMMISSION, Appellee.

No. 86.

Circuit Court of Appeals, Second Circuit.

Oct. 24, 1942.

Samuel Okin, pro se, of New York City.

John F. Davis, of New York City, for the appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below, 46 F. Supp. 481.